

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GEORGE GAISER, GLEN GAISER, KENNETH LANE MCCULLOUGH, and GINGER MCCULLOUGH, | § | No. 08-23-00230-CV |
| | § | Appeal from the |
| Appellants, | § | 131st Judicial District Court |
| v. | § | of Bexar County, Texas |
| BLACKSTONE CLAIM SERVICES, INC., | § | (TC# 2020-CI-08040) |
| Appellee. | | |

## **MEMORANDUM OPINION**

Before this Court is the parties' amended joint motion to dismiss this appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(2).[1] We previously abated the appeal and remanded the cause to the district court to permit proceedings to effectuate a settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(C). The parties' joint motion to dismiss now states they have finalized their agreement, and the district court has rendered judgment accordingly.

---

[1] The appeal was transferred to this Court from the Fourth Court of Appeals pursuant to a Texas Supreme Court docket equalization order. Accordingly, we apply the Fourth Court of Appeals' precedent to the extent it conflicts with our own. *See* TEX. R. APP. P. 41.3.

Texas Rule of Appellate Procedure 42.1 provides the actions a court may take to dispose of an appeal on the motion of the appellant or by agreement of the parties. On the motion of appellant, we may dismiss the appeal. TEX. R. APP. P. 42.1(a)(1). Accordingly, we grant the motion, and the appeal is dismissed. As agreed by the parties, costs shall be borne by the party incurring the same. TEX. R. APP. P. 42.1(d).

GINA M. PALAFOX, Justice

December 8, 2023

Before Palafox, J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)